1066

No. 97–6982. ESTEP v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–6985. WRIGHT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–6986. NWOKEJI v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 97–6987. GAINES ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–6988. LEWIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–6989. JACKSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–6990. ROSS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–6996. MAKI v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–6998. STEWART v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–7004. BYRD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–7006. MATHIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–7007. McCLANAHAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–7027. HAYDEN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–7030. GOSSAGE v. HUGHES, CHAIRPERSON, KENTUCKY PAROLE BOARD. C. A. 6th Cir. Certiorari denied.

No. 97–7031. EDWARDS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–7033. BULLOCK ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–7034. BOOS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.